

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-13-00013-CR |
| § | Appeal from |
| § | Criminal District Court No. 1 |
| § | of El Paso County, Texas |
| § | (TC #20060D02425-DCR1-1) |

EX PARTE: ANNA KNELSEN

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order granting habeas corpus relief and vacating the conviction. We render judgment denying the application for writ of habeas corpus and Knelsen's conviction is reinstated, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.